IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-80-BO

| | | |
|---|---|---|
| RANDOLPH LEE MCNEILL, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's motion requesting copies of his § 2255 motion and the Court's order dismissing the § 2255 motion. [DE 97]. The government does not oppose the administrative furnishing of copies to petitioner. [DE 102].

The docket reflects, however, that petitioner has prior to entry of this order submitted funds to the Clerk's Office and received a copy of his § 2255 motion. Therefore, petitioner's motion for copies is GRANTED IN PART. The clerk is DIRECTED to serve a certified copy of this Court's order and judgment at docket entries ninety-three and ninety-four on petitioner with service of this order. Petitioner's request for a copy of his § 2255 motion is DENIED AS MOOT.

SO ORDERED, this __27__ day of January, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE